# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| LINDA SCHUMANN, Administrator of the Estate of Thomas John Schumann, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> K. CRAIG KENT, *et al.*, <br><br> *Defendants*. | ) ) ) ) ) ) Case No. 3:25-cv-00083-NKM ) ) ) ) ) ) |

## <u>DECLARATION OF ANITA VANNUCCI</u>

I, Anita Vannucci, pursuant to the provisions of 28 U.S.C. § 1746, hereby state and declare as follows:

1. I am over 18 years of age, am competent to testify, and have personal knowledge of the facts set forth herein.

2. I currently serve as a Senior Records Management Analyst in the Records & Information Management ("RIM") Office at the University of Virginia ("UVA"). I have held this position since September 2019, having previously worked for other universities and government entities in similar records management roles for over ten years.

3. I am aware of the above-captioned litigation pending in the U.S. District Court for the Western District of Virginia, as well as certain discovery requests served by Plaintiffs' counsel on The Rector and Visitors of the University of Virginia and Commonwealth of Virginia.

4. As an initial matter, the majority of I.T. systems RIM has access to are separate from those maintained by UVA Health. Accordingly, with respect to the assessments detailed herein, data collections performed by RIM cannot account for data existing within I.T. systems managed by UVA Health Information Management.

5.      With respect to preservation notices/litigation holds issued by The Office of the University Counsel, RIM is able to apply these notices and assess total data collection through a data governance, security, and compliance platform known as "Microsoft Purview," which is licensed to UVA by the Microsoft Corporation.

6.      After applying queries specific to the scope of discovery requests served by Plaintiffs' counsel in this matter—accounting for a time period of January 1, 2018 to October 3, 2025)—and based on the custodians subject to applicable preservation notices and litigation holds, Microsoft Purview produced the following totals for the sources listed below:

| | |
|---|---|
| M365 Email | 3.47TB |
| M365 Calendar | 1.48TB |
| M365 Teams | 31.4GB |
| M365 OneDrive | 292.7GB |

While there are additional sources and/or categories of data Microsoft Purview is able to assess, those listed in the chart above capture the programs most commonly used by Microsoft 365 users.

7.      When accounting for the data totals provided by Microsoft Purview during the aforementioned time period, and based on my experience as a Senior Records Management Analyst, the packaging of this amount of data for export, subsequent downloads,[1] and transmittal to either an external hard drive or secure FTP site for purposes of review by counsel is expected to exceed 30 days from a processing standpoint alone.

---

[1] Based on the amount of data outlined above, it is not possible for Microsoft Purview to create packages of data for download such that each category is consolidated into a single file or folder (i.e., a file package encompassing all M365 Emails, a file package encompassing all M365 Teams chats, etc.). By way of example, a data package for .pst files (e-mails) is capped at 10GB in the Microsoft Purview platform licensed to RIM. Accordingly, an e-mail collection of 3.47TB would result in approximately 346 separate data packages (each consisting of 10GB), which must be processed and downloaded separately before transmittal. Additionally, in terms of local hard drives available at RIM that will receive the data once fully packaged and ready for download, the maximum amount of data that can be downloaded and held on those hard drives at once is between 250GB and 300GB.

2

8.  My ability to assess this processing timeline is based on my experience with prior data collection efforts at UVA. By way of example, a recent data collection that I managed included approximately 500GB of data. I worked with RIM's Electronic Records Manager to package this data for export, finalize downloads, and transmit the collection to a hard drive over a period of 10 days. Regarding data collected through Microsoft Purview, the security permissions and access to this platform for data processing purposes are limited to myself and the aforementioned Electronic Records Manager. When accounting for an amount of data exceeding 4TB, this would require me and my colleague to devote the majority of our time to processing this data over a two month period.

9.  As noted in paragraph 4 above, there is a considerable amount of data maintained by Health Information Management at UVA Health, which RIM cannot access. Because UVA Health maintains I.T. systems separate and apart from those RIM is able to access, the Microsoft Purview platform available to RIM is unable to account for the complete e-mail and file share datasets that have been preserved with respect to applicable UVA Health custodians and their associated @uvahealth.org accounts.

10. The same is true with respect to Electronic Health Records ("EHRs") and related billing and/or claims data. RIM is unable to access this data and it exists within the I.T. Systems owned and operated by UVA Health Information Management.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of January, 2026.

*Anita Vannucci*
Anita Vannucci (Jan 30, 2026 13:32:38 EST)
Anita Vannucci

3