# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| LINDA SCHUMANN, Administrator of the Estate of Thomas John Schumann, *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) Case No. 3:25-cv-00083-NKM ) |
| K. CRAIG KENT, *et al.*, | ) ) |
| *Defendants*. | ) ) ) |

**DECLARATION OF SCOTTIE FREY**

I, Scottie Frey, pursuant to the provisions of 28 U.S.C. § 1746, hereby state and declare as follows:

1. I am over 18 years of age, am competent to testify, and have personal knowledge of the facts set forth herein.

2. I currently serve as a Director of Health Information Management for the University of Virginia Health System ("UVA Health"). I have served in this position since May 2019 and have been employed at UVA Health since 2000, previously serving as an Administrator of Health Information Management.

3. UVA Health's Health Information Management department manages health data for both the University of Virginia Medical Center and the University of Virginia Physicians Group, which have shared an Epic electronic medical record ("EMR") system ("Epic") throughout the relevant Time Period.

4. I am aware of the above-captioned litigation pending in the U.S. District Court for the Western District of Virginia, as well as certain discovery requests served by Plaintiffs' counsel

directed to the Rector and Visitors of the University of Virginia and Commonwealth of Virginia, wherein UVA Health and the University of Virginia Medical Center are defined as "Provider(s)."

5.      I am further aware that the aforementioned discovery requests seek "All Medicare claims data submitted by or on behalf of the Providers during the Time Period that include any of the following Medical Billing Modifiers: (i) -22, (ii) -25, (iii) -59, (iv) -62 (Co-Surgeon), (v) -82 / -80 (Assistant Surgeon), (vi) Teaching physician Medical Billing Modifiers." I also understand that the "Time Period" for such requests cover approximately eight (8) years, from January 1, 2018 to the present.

6.      I am further aware that the aforementioned discovery requests also seek Medicare claims data submitted by or on behalf of "Providers" from January 1, 2018 to the present that include certain Current Procedural Terminology ("CPT") Codes, which are subsequently identified and consist of twenty-eight (28) separate CPT Codes in the 99202 through 99292 range, which comprise the gamut of physicians' professional visit codes for patient evaluation and management ("E/M") services furnished in a hospital inpatient or outpatient setting (the "E/M Codes").

7.      At least one (and maybe more) of the E/M Codes enumerated in the Plaintiffs' requests would be expected to have been furnished during *every* hospital inpatient or outpatient encounter or physician clinic visit with a clinician or provider in the UVA Health system.

8.      While the term "Medicare claims data" is not defined in the Plaintiff's discovery requests and is not a commonly understood term of art of which I am aware, I interpret this term to encompass such records and information as (a) original and adjusted hospital and physician group invoices for items and services billed to the Medicare fee-for-service ("FFS") program, (b) remittance advices detailing payments received from Medicare FFS, (c) transaction records of

2

payments made and recouped by Medicare FFS, and (d) the underlying medical record documentation supporting each responsive claim, as preserved in the Epic EMR.

9. In an effort to quantify the amount of "Medicare claims data" potentially responsive to the Plaintiff's requests, I enlisted members of my team in UVA Health's Health Information Management department to conduct a preliminary assessment of the available Epic EMR data belonging to the University of Virginia Medical Center and the University of Virginia Physicians Group, which UVA Health retains with respect to items and services furnished and billed to Medicare beneficiaries during the stated "Time Period."

10. In terms of data size, when medical and/or billing data is downloaded and prepared for transfer, the total volume cannot be known until the export is actually complete. However, based on our appreciable prior experience with similar document productions (albeit on a much smaller scale), the figures provided herein, are a conservative, low-end calculations.

11. When examining the Epic EMR data for patient encounter records that include the Medical Billing Modifiers and/or CPT Codes identified in the aforementioned discovery requests, the data returns would comprise at least 110,080,000 pages of Epic EMR records alone for items and services furnished to Medicare FFS beneficiaries during the time period of January 1, 2018 to present. This is based on the following reasonable, conservative (i.e., low-end) assumptions:

    a. As noted above (¶ 7), every electronic medical record for every Medicare FFS patient since January 1, 2018 is captured by the discovery requests.

    b. The University of Virginia Medical Center and the University of Virginia Physicians Group collectively conduct upwards of 800,000 outpatient hospital visits and physician clinic visits a year and 28,000 inpatient encounters a year, conservatively.

3

c. Approximately 10% of UVA Health's patients are Medicare FFS beneficiaries.

d. An average Epic EMR file export for a single outpatient encounter is 130 pages, whereas an average Epic EMR file export for an inpatient encounter is 1,200 pages, though page numbers can vary widely from record to record, and would be exported in a *non-word-searchable PDF format*.

e. Over the roughly 8-year "Time Period" at issue (January 1, 2018 to present), the University of Virginia Medical Center and the University of Virginia Physicians Group served approximately 640,000 Medicare FFS outpatients and 22,400 Medicare FFS inpatients, calculated as follows:

   i. 800,000 outpatient visits * 10% Medicare FFS * 8 years = 640,000 Medicare FFS outpatient visits in 8 years

   ii. 28,000 inpatient encounters * 10% Medicare FFS * 8 years = 22,400 Medicare FFS inpatient visits in 8 years

f. These visits would be expected to generate at least 110,080,000 pages of Epic EMR records, calculated as follows:

   i. (640,000 Medicare FFS outpatient visits * 130 pages each) + (22,400 Medicare FFS inpatient encounters * 1,200 pages each) = 110,080,000 pages of Epic EMR records in non-word-searchable PDF format

g. These calculations above do not take into account other types of "Medicare claims data" potentially encompassed by the Plaintiffs' requests (see, e.g., ¶ 8(a), (b), and (c)), nor do they include other categories of data maintained within the Epic system (e.g., Epic audit logs and/or Epic messaging features), each of which would entail separate and additional data pulls.

4

      h.   These calculations above also do not take into account patient encounters elsewhere in the UVA Health system, including UVA Community Health hospitals and UVA Community Health Medical Group clinic locations, which would greatly augment these figures.

12.   Epic EMR file exports are typically a manual process requiring, on average, 2.65 hours of operator time for each patient electronic medical record. Thus, without further limitation, the amount of data that UVA Health's Health Information Management team could isolate for purposes of export (and subsequent review/production) results in a processing time of approximately 1,755,360 hours (i.e., 2.65 hours * 662,400 Medicare FFS inpatient and outpatient records), or one individual working around the clock for more than 200 years.

13.   The discovery requests also seek Epic audit logs, which Health Information Management leadership (currently only myself and one other individual) must pull manually through a separate and additional process. Assuming 662,400 patient records at issue, the Epic audit logs along would entail an additional processing time of at least 6 months and the full-time support of a dedicated Health Information Management Director or Manager and would result in voluminous documentation of questionable utility for data analytic purposes.

14.   I am aware of additional discovery requests that seek other forms of data, such as communications and/or documents between the U.S. Centers for Medicare & Medicaid Services ("CMS") and the defined "Providers" concerning issues such as Medical Billing Modifier usage, Billing compliance, Coding education, Overpayment demands, and Repayment or recoupment. As this and other requests cover the same "January 1, 2018 to present" time period, Health Information Management continues to run searches to provide an accurate data capture in connection with these

other categories, and I reserve my right to amend or supplement this declaration as further analysis becomes available.

    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed this 30th day of January, 2026.

*Signed by: Scottie Ann Frey — 26EB71791D9441A...*

Scottie Frey

6