# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| LINDA SCHUMANN, Administrator of the Estate of Thomas John Schumann, *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) ) |
| K. CRAIG KENT, *et al.*, | ) ) |
| *Defendants*. | ) ) ) |

Case No. 3:25-cv-00083-NKM

## **DECLARATION OF JOAN WASHBURN**

I, Joan Washburn, pursuant to the provisions of 28 U.S.C. § 1746, hereby state and declare as follows:

1. I am over 18 years of age, am competent to testify, and have personal knowledge of the facts set forth herein.

2. I joined Holland & Knight November of 2006 as a Project Manager. I currently serve as the Director of Legal Support Services at Holland & Knight LLP ("Holland & Knight"). I have served in this role since February of 2008, and have managed eDiscovery teams at Holland & Knight since February of 2008. Throughout my career, I have become familiar with the various costs associated with ESI collection, storage, and production over my twenty years in the legal support industry.

3. In connection with the above captioned matter, I have reviewed summaries of data collections provided by (a) the Records & Information Management ("RIM") Office at the University of Virginia, and (b) Health Information Management ("HIM") at UVA Health.

4.  Regarding the data collection provided by RIM that identifies 3.47 TB associated with M365 Email, the .pst files that would be packaged and downloaded for transmission to Holland & Knight for purposes of application of search terms, relevance tagging, and privilege review, the size of this data would be expanded upon upload to Holland & Knight's Relativity platform. This expansion occurs in nearly all .pst collections as the packaging of data through Microsoft Purview results is an initial compression of the data, which is then decompressed upon upload to document review platforms such as Relativity.

5.  The percentage of data expansion after receipt and upload to Relativity is around 50% of the total data size received, such that Holland & Knight expects to receive approximately 5.2 TB of data from the M365 Email collection alone. Based on my experience with ESI collection, storage, and production for thousands of matters over the course of my career, the cost associated with e-Data transformation and metadata extraction for this amount of data is approximately $162,950.

6.  Thereafter, Holland & Knight would set up workspaces in preparation for the review and production of this data—an Early Case Assessment ("ECA") Workspace and a Review Workspace. With respect to the data associated with the M365 Email collection alone, the monthly hosting fees for these workspaces are as follows: ECA Workspace ($11,660/month); Review Workspace ($46,658/month). Accordingly, over a twelve-month period, the cost of hosting and storing 5.2 TB of .pst files is approximately $699,809.

7.  Regarding the data collection overview provided by HIM—which I understand is focused on "Medicare claims data" with specific billing modifiers or Current Procedural Terminology ("CPT") Codes over a period of approximately eight (8) years—Holland & Knight

would receive this data through a third-party health information technology company known as Datavant.

8. Datavant packages Electronic Health Records and other medical and billing data through healthcare software/programs (e.g., Epic), such that this data can be received by law firms or other designated parties as non-OCR imaged text PDFs.

9. Based on the initial data assessment provided by HIM, and assuming this amount of data could be processed through Datavant, Holland & Knight would expect to receive approximately 110,080,000 pages of non-OCR imaged text PDFs covering the aforementioned time period. While the data expansion percentage is much lower (~5%) when compared to that of .pst files (~50%), given my research and sampling of live data which consists of similar non-OCR imaged text PDFs, I see an average file size of 15 MB for every 100 pages.

10. Extrapolating this to 110,080,000 pages of non-OCR imaged text PDFs results in an expected data collection of 16 TB. Based on my experience with ESI collection, storage, and production for thousands of matters over the course of my career, the cost associated with e-Data transformation and metadata extraction for this amount of data is approximately $642,000.

11. Similar to the Microsoft 365 Email collection referenced above, Holland & Knight would set up a Review Workspace for this data after receipt from Datavant.[1] With respect to the data associated with 110,080,000 pages of non-OCR imaged text PDFs, the monthly hosting fees are as follows: Review Workspace ($335,160/month). Accordingly, the cost of hosting and storing 110,080,000 of non-OCR imaged text PDFs for 12 months will cost approximately $4,021,922.

---

[1] Unlike the collection and upload of .pst files that must be routed through a ECA Workspace, only a Review Workspace is needed when all files subject to review are non-OCR imaged text PDFs.

12.     The analysis above is limited to processing/hosting fees, and thus, does not account for the costs of eData project management incurred by individual timekeepers. In terms of support services that would be required to manage a data collection of this size, Holland & Knight would expect to staff at least one eData Project Manager ($500/hr.), one eData Project Specialist ($415/hr.), and one eData Analyst ($300/hr.), separate and apart from any staff attorneys that would be enlisted after the application of search terms to confirm relevance, apply redactions to PHI/PII, and flag documents for privilege review.

13.     Lastly, I am aware of additional discovery requests in this matter that seek other documents and communications, which may not be processed through Datavant and exist in another format other than non-OCR imaged text PDFs. Accordingly, in the event other data sources are identified or there are alternations to either applicable custodians or the discovery time period, I reserve the right to amend or supplement this declaration as needed.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of January, 2026.

DocuSigned by:
*Joan Washburn*
E0B54AAC2805484...
Joan Washburn