UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

LINDA SCHUMANN, ADMINISTRATOR
OF THE ESTATE OF THOMAS JOHN
SCHUMANN, DECEASED, et al.

    *Plaintiffs,*

             v.                         Civil Action No. 3:25-cv-00083

K. CRAIG KENT, et al.

    *Defendants.*

## NOTICE OF VOLUNTARY PARTIAL DISMISSAL WITHOUT PREJUDICE

COME NOW Plaintiffs Linda Schumann, Administrator of the Estate of Thomas John Schumann, and Carrie Finch-Smith, Administrator of the Estate of James Gordon Smith (the "Widowed Spouse Plaintiffs"), by counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and hereby voluntarily dismiss **without prejudice** their claims asserted in **Count 2** of the First Amended Complaint.

1.      This Rule 41(a)(1)(A)(i) dismissal without prejudice applies only to Count 2 and only as asserted by the Widowed Spouse Plaintiffs.  It does not apply to any claims asserted by any other Plaintiffs.

2.      No party has filed an answer in this case.

3.      No party has filed a motion for summary judgment in this case.

4.      This dismissal of <u>only</u> the Widowed Spouse Plaintiffs' claims in Count 2 is therefore made <u>without prejudice</u> pursuant to Rule 41(a)(1)(A)(i).

                                  Respectfully submitted,

LINDA SCHUMANN, ADMINISTRATOR OF THE ESTATE OF THOMAS JOHN SCHUMANN, DECEASED, CARRIE FINCH-SMITH, ADMINISTRATOR OF THE ESTATE OF JAMES GORDON SMITH, DECEASED, DR. JEFFREY S. YOUNG, DR. KENAN W. YOUNT, DR. MARK E. ROESER, and DR. JOHN A. KERN,

/s/ Les S. Bowers
By Counsel

Les S. Bowers (VSB No. 77840)
MICHIEHAMLETT, PLLC
310 4th Street N.E., 2nd Floor
P.O. Box 298
Charlottesville, Virginia 22902
P: (434) 951-7200
F: (434) 951-7256
lbowers@michiehamlett.com

Anthony M. Russell (VSB No. 44505)
MICHIEHAMLETT, PLLC
109 Norfolk Avenue S.W., 2nd Floor (24011)
P.O. Box 2826
Roanoke, Virginia 24001
P: (540) 492-5300
F: (540) 492-5400
arussell@michiehamlett.com

Gladstone N. Jones, III (LA Bar No. 22221)
*Admitted pro hac vice*
Lynn E. Swanson (LA Bar No. 22650)
*Admitted pro hac vice*
Thomas F. Dixon (LA Bar No. 38952)
*Admitted pro hac vice*
JONES SWANSON HUDDELL LLC
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
P: (504) 523-2500
F: (504) 523-2508
gjones@jonesswanson.com
lswanson@jonesswanson.com
tdixon@jonesswanson.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 5th day of May, 2026, a true and correct copy of the foregoing was served via that Court's electronic case filing system (CM/ECF) to all parties registered to receive such notice in the above-captioned proceeding.

/s/ Les S. Bowers