# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Dr. Jeffrey S. Young, et al.**

**vs.**

**K. Craig Kent, et al.**

Action No:   3:25CV00083

Date:   May 6, 2026

Judge:   Norman K. Moon

Court Reporter:   Lisa Blair

Deputy Clerk:   Carmen Amos

Time in Court:   9:59 am – 11:17 am; 11:28 am – 12:50 pm   (2 hours, 40 minutes)

Plaintiff Attorney(s)

For Plaintiffs Linda Schumnn, Carrie
Finch-Smith, Dr. Jeffrey S. Young, Dr. Kenan
W. Yount, Dr. Mark E. Roeser, and Dr. John A.
Kern:
Les S. Bowers*
Gladstone N. Jones, III*
Lynn E. Swanson
Thomas Dixon

Defendant Attorney(s)

For Defendants K. Craig Kent, Melina Kibbe,
Wendy Horton, and Allan Tsung:
John Ghose*
Sean B. O'Connell
Bethany Carroll

For Defendant Ourania Preventza:
Matthew B. Kirsner
Virginia M. Bruner*

For Defendant Kim de la Cruz:
Mike F. Melis
C. Quinn Adams*

For Defendant The Rector and Visitors of the
University of Virginia:
John L. Brownlee*
Robert J. Farlow

For Defendant University of Virginia
Physicians Group:
J. Benjamin Rottenborn
Justin M. Lugar
Kristin B. Johnson*
Christine S. Ward
Joshua R. Treece

**PROCEEDINGS:**

Parties present in-person for a hearing on the following pending motions:

Dkt. 90 – Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim filed by The Rector and Visitors of the University of Virginia;

Dkt. 92 – Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim filed by Kim de la Cruz;

Dkt. 94 – Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim filed by Wendy Horton, K. Craig Kent, Melina Kibbe, and Allan Tsung;

Dkt. 97 – Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim filed by University of Virginia Physicians Group; and

Dkt. 99 – Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim filed by Ourania Preventza.

Arguments heard.   Order forthcoming.